# Order

Michigan Supreme Court
Lansing, Michigan

March 8, 2011

141274(56)

LOUIS KIRCOS,
      Plaintiff/Counter-Defendant-
      Appellant,

v

TONY WASLAWSKI and RHONDA
WASLAWSKI,
      Defendants/Counter-Plaintiffs-
      Appellees,

and

SHARON SEELYE, GARY PORE, and MARY
PORE,
      Intervening Defendants/Counter-
      Plaintiffs-Appellees.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 141274
COA: 288894
Lenawee CC: 07-072634-CH

On order of the Court, the motion for reconsideration of this Court's November 22, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011

Clerk

d0228